CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 18 2011

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| BRYAN ROTHAMEL, | ) | CASE NO. 3:11CV00002 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| FLUVANNA COUNTY, VIRGINIA, | ) | By: B. WAUGH CRIGLER |
| Defendant. | ) | U.S. MAGISTRATE JUDGE |

Upon consideration whereof, and the court having been informed by counsel for the principle parties that there is no obligation, it hereby is

ORDERED

that the April 13, 2011 motion by the Commonwealth of Virginia for leave to file an *amicus curiae* brief supporting the constitutionality of Fluvanna County Code, Chapter 2, Article 7, Sections 2-7-1, 2-7-2 and 2-7-3 is GRANTED. Such brief is to be submitted within fourteen days of either a motion to dismiss or motion for summary judgment filed by any party to this action.

The Clerk of the Court is directed to transmit a certified copy of this Order to all counsel of record.

ENTERED: /s/
U.S. Magistrate Judge

April 18, 2011
Date